OPINION — AG — WHEN A SCHOOL DISTRICT ERECTS AN EDUCATIONAL BUILDING AND THE COSTS OF SUCH BUILDING EXCEED THE SUM OF FORTY THOUSAND(40,000) DOLLARS AND THE DISTRICT HAS AN ENGINEER IN ATTENDANCE, THE DISTRICT IS NOT REQUIRED UNDER THE PROVISIONS OF HOUSE BILL 1747 TO EMPLOY AN ARCHITECT, SINCE UNDER THE PROVISIONS OF SAID HOUSE BILL 1747 AND 59 O.S. 1971 475.2 [59-475.2], THE SERVICES OF EITHER A LICENSED ARCHITECT OR A REGISTERED ENGINEER WOULD SUFFICE. (NATHAN J. GIGGER)